# Exhibit A

1
2
3
4
5

HUSCH BLACKWELL LLP
Steven E. Holtshouser, MO 33531 (admitted *pro hac vice*)
Erin D. Knese, MO 70171 (admitted *pro hac vice*)
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
Phone: 314-480-1500
steve.holtshouser@huschblackwell.com
erin.knese@huschblackwell.com

6
7
8
9

DICKINSON WRIGHT PLLC
Scot L. Claus, AZ 014999
1850 North Central Avenue, Suite 1400
Phoenix, AZ  85004-4568
Phone: (602) 285-5000
courtdocs@dickinsonwright.com

10
11
12

***Attorneys for Plaintiff/Counterdefendant,
Merola Sales Company, Inc. and for Third-Party
Defendants, Home Depot U.S.A., Inc. and Home
Depot Product Authority, LLC***

13
14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

15
16
17
18
19
20

Merola Sales Company, Inc.,

       Plaintiff/Counterdefendant,

vs.

Tabarka Studio, Inc.,

       Defendant/Counterclaimant.

No. CV-18-00248-PHX-SPL


**DECLARATION OF JOHN
MEROLA IN SUPPORT OF
THIRD PARTY DEFENDANTS'
MOTION TO DISMISS**

21
22
23
24
25
26

Tabarka Studio, Inc.,

       Third Party Plaintiff,

vs.

Home Depot Product Authority,
LLC, et al.,

       Third Party Defendants.

## DECLARATION OF JOHN MEROLA

I, JOHN MEROLA, hereby declare:

1.      I am over the age of 18 years old and make this Declaration in support of Third Party Defendants' Home Depot Product Authority, LLC ("HDPA") and Home Depot U.S.A., Inc. ("HDUSA") (collectively, "Home Depot Entities") Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (the "Motion").

2.      I am the Division President of the Home Depot Entities' co-(counter) defendant, Merola Sales Company, Inc. ("Merola").

3.      I am a principal and custodian of records for Merola.

4.      I have personal knowledge of the matters set forth herein, either as a direct participant in the matters described or in my capacity as a principal and custodian of records for Merola. As to those matters, my knowledge is based upon a review of the files maintained by Merola in its regular course of business. Unless otherwise stated herein, I am familiar with the manner in which those files are created and maintained. If called and sworn as a witness, I could and would competently testify to the matters set forth herein.

5.      I have read the First Amended Third Party Complaint and know its contents.

### Merola's Tile Sales through Home Depot

6.      Merola sells ceramic tiles to and through wholesale customers and to end users. Merola and HPDA are parties to a "Supplier Buying Agreement." Under the agreement, Merola sells tiles to end user customers through HDPA's website and ships the tiles directly to the customer or to a HDUSA store for pick-up by the customer. Included amongst the tiles

sold through HDPA are the following named decorative ceramic tiles: Archivo Lattice, Archivo Ornate, Archivo Fleur de Lis, and Archivo Mandir (the "Accused Tiles").

7.     When a customer purchases one or more of the Accused Tiles through Home Depot, the purchase must be made online, through HomeDepot.com. The Accused Tiles are not stocked in HDUSA's physical retail stores, including those in Arizona, and are not available as an in-store item.

8.     To purchase one or more of the Accused Tiles, the customer points and clicks on the item to order it on HomeDepot.com.

9.     Upon checking out, the customer chooses delivery "Direct to Home" or "Direct to Store." If the customer chooses the "Direct to Store" option, Merola ships the purchased product to a local HDUSA store chosen by the customer. Once it arrives at the local HDUSA store, HDPA notifies the customer to pick up the product.

10.    HDPA electronically sends the online orders to Merola through Merola's ERP/EDI system.

11.    All orders of the Accused Tiles through HDPA's website are shipped from Merola's New Jersey warehouse. Merola's computer system puts the ship-to address on the shipping ticket.

12.    Merola processes and signs the order via UPS (for orders less than 250 pounds) or via Truck (for orders over 250 pounds).

13.    Merola sends the customer the tracking information and invoice electronically.


Executed on June 7, 2018 at Atlantic City, New Jersey.

1

2

3

4

5

JOHN MEROLA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26